FRANK E. PARHAM, as Assignee for the Benefit of Creditors of the ALTONWOOD PARK COMPANY OF NEW YORK, Appel- lant, *v.* EDWARD BURNS, Individually and as Trustee of THE AMERICAN EXCHANGE NATIONAL BANK et al., Respondents, Impleaded with Others.

*Parham* v. *Burns,* 135 App. Div. 884, affirmed.
(Argued February 13, 1911; decided March 3, 1911.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial depart- ment, entered January 5, 1910, affirming a judgment in favor of plaintiff entered upon a dismissal of the complaint by the court on trial at Special Term in an action to set aside a judg- ment entered by consent against the plaintiff's assignor and others.

*Joseph F. Perdue* and *John J. Adams* for appellant.

*Benjamin N. Cardozo* and *Edgar J. Nathan* for respondents.

Judgment affirmed, with costs, on opinion of MILLER, J., below.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.